UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY TYJUAN BROUSSARD,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY A. ALFARO, et al.,<br><br>    Defendants. | Case No. CV 16-02569-AG (RAO)<br><br><br>JUDGMENT |

In accordance with the Order of Dismissal issued concurrently herewith, IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: July 7, 2017

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE